

**ORDERED in the Southern District of Florida on May 23, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN RE:  CASE NO.: 17-17228-RAM
  CHAPTER 13

**Camilo Figueroa,**

  **Debtor.**
_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on for hearing on May 15, 2018, on U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee's ("Secured Creditor") Motion for Relief from the Automatic Stay (Docket No. 85 Court heard argument of the Parties and has based its decision on the record.  Accordingly, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 6329 SW 23 Street, Miami, Florida 33155

in Miami-Dade County and legally described as:

**Lot 56, TAMIAMI ACRES, PLAN NO. 2, according to the Plat thereof, as recorded in Plat Book 5, Page 74 of the Public Records of Miami-Dade County, Florida.**

**The improvements thereon bear the municipal number: 6329 South West 23rd Street, Miami, FL 33155.**

**Being the same property as acquired by Owners herein by virtue of that certain Warranty Deed, dated 8-19-97, from Manuel Perez and Elena Perez, his wife, which is recorded in OR 17761 Page 1481 on 8-21-97.**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtors.

4. Secured Creditor is further granted relief in order to contact the Debtors by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6. Attorneys' fees in the amount of $850.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Submitted by:
Can Guner, Esq.
Robertson, Anschutz & Schneid, PL
*Attorney for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Can Guner, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service.

Camilo Figueroa
15485 SW 151 Terrace
Miami, FL 33196

Alexis C Garcia
10271 Sunset Drive, Suite 103
Miami, FL 33173

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130